UNITED STATES of America,
Appellee,

v.

Doris MCKINNEY, Appellant.

No. 02–4090.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 13, 2003.

Decided Aug. 22, 2003.

Dorothy Lear McMurtry, St. Louis, MO, for Plaintiff–Appellee.

Janis C. Good, Federal Public Defender's Office, Doris McKinney, St. Louis, MO, for Defendant–Appellant.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Doris McKinney appeals her conviction and sentence. A jury found McKinney guilty of executing a scheme to defraud a financial institution. *See* 18 U.S.C. § 1344 (2000). The District Court[1] sentenced McKinney to one month of imprisonment and five years of supervised release, with the condition that she participate in a home-confinement program for five months. On appeal, McKinney's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the District Court erred in

[1]. The Honorable Charles A. Shaw, United States District Judge for the Eastern District

denying her motion for a downward departure.

The District Court's discretionary decision not to grant the downward departure is unreviewable absent an unconstitutional motive. *See United States v. VanHouten,* 307 F.3d 693, 696 (8th Cir.2002). Following careful review of the record, we find no other nonfrivolous issues. *See Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

A true copy.